AO 91 (Rev. 08/09) Criminal Complaint

**FILED**
DEC 04 2015
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
for the
Northern District of California

SK

| United States of America | ) | |
|---|---|---|
| v. | ) | 3-15-71548 |
| WEN BING LEI, a/k/a RAYMOND LEI | ) | Case No. |
| | ) | SAN FRANCISCO VENUE |
| | ) | SEALED BY ORDER OF COURT |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __2/27/2006__ in the county of __San Francisco__ in the __Northern__ District of __California__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 1959(a)(1)(5) | "Whoever, as a consideration for the receipt of, or as consideration for a promise or agreement to pay, anything of pecuniary value from an enterprise engaged in racketeering activity, or for the purpose of gaining entrance to or maintaining or increasing position in an enterprise engaged in racketeering activity, murders... or threatens to commit a crime of violence against any individual in violation of the laws of any State or the United States, or attempts or conspires to do so, shall be punished... for murder, by death or life imprisonment, or a fine under this title, or both... for attempting or conspiring to commit murder... by imprisonment for not more than ten years or a fine under this title, or both." |

This criminal complaint is based on these facts:

See attached Affidavit of Federal Bureau of Investigation (FBI) Special Agent Michael Joseph Ward

Approved as to Form:
_____
AUSA William Frentzen

☑ Continued on the attached sheet.

_____
Complainant's signature

Michael Joseph Ward, Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: 12/4/15

_____
Judge's signature

City and state: San Francisco, California

Hon. Sallie Kim, U.S. Magistrate Judge
Printed name and title

1 -MJT

BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney

DAVID R. CALLAWAY (CABN 262489)
Chief, Criminal Division

WILLIAM FRENTZEN (LABN 24421)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-6753
    William.frentzen@usdoj.gov

Attorneys for United States of America

FILED
DEC 04 2015
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

~~SEALED BY ORDER OF COURT~~

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

3-15-71548

| | |
|---|---|
| IN RE: CRIMINAL COMPLAINT<br><br>FOR WEN BING LEI, a/k/a "RAYMOND LEI" | ) AFFIDAVIT OF SPECIAL AGENT MICHAEL<br>) JOSEPH WARD IN SUPPORT OF COMPLAINT<br>)<br>) ███████████████<br>)<br>)<br>)<br>)<br>)<br>) |

    I, Michael Joseph Ward, a Special Agent with the Federal Bureau of Investigation (FBI), being duly sworn, depose and state as follows:

    1. I submit this affidavit in support of a criminal complaint and arrest warrant for Wen Bing LEI, also known as (aka) Raymond LEI. There is probable cause to believe LEI engaged in activity which constitutes Murder in Aid of Racketeering in violation of 18 U.S.C. § 1959(a)(1) based on his involvement in the murder of Allen Leung, who was killed on February 27, 2006. I have not included all case details known to me, only those details sufficient to establish probable cause of the violations of the statue listed in Part D of the Background Section.

**I.    BACKGROUND**

### A.   AGENT QUALIFICATIONS

2. I have been a Special Agent of the FBI since November 5, 2014. My training consisted of a 20-week FBI new agents course during which I received instruction on various aspects of federal investigations. My training included the use of a variety of law enforcement techniques, including confidential sources and undercover officers, physical surveillance, electronic surveillance, investigative interviews, search and arrest warrants, and the analysis of seized records.

3. During my employment as a Special Agent, I have been tasked with investigating organized crime investigations. As part of these investigations and other investigations I've supported, I was involved in analyzing, collecting, and reviewing social media account data and content, criminal histories, and telephone records. I also obtained intelligence information from various law enforcement and public sources. I have participated in numerous subject interviews, surveillances, and execution of search warrants and arrest warrants.

4. Prior to my employment as an FBI Special Agent, I was employed as an FBI Staff Operations Specialist for approximately six years in the Counterterrorism Division at FBI Headquarters. In this capacity, I conducted analysis, obtained legal authorizations, and provided program management and guidance to FBI field offices in support of counterterrorism operations.

5. I am an investigative or law enforcement officer of the United States, within the meaning of 18 U.S.C. § 2510(7), and am empowered by law to conduct investigations of and to make arrests for offenses enumerated in 18 U.S.C. § 2516.

### B.   COMPLAINANT

6. **Wen Bing LEI aka Raymond LEI (hereafter LEI)** is a 49-year old believed to reside in the San Francisco Bay Area of California. LEI is a member of the Hop Sing Tong (HST) and the Chee Kung Tong (CKT)[1], and a former close associate of Raymond "Shrimp Boy" Chow. LEI and Chow are

---

1 The CKT is believed to be an offshoot of the Hung Mun. The Hung Mun, also referred to as a Chinese secret society and the Chinese Freemasons, among other names, began in China sometime in the mid-17th century as a result of a revolutionary movement in China. Hung Mun members who emigrated from China throughout the world in the mid-late 19th century brought their Hung Mun customs and rituals with them and many new organizations sprung from these Hung Mun roots. Many of these organizations became known as Tongs in the United States. Many Tongs maintained their secretive hierarchies, rituals and ceremonies but were able to operate much more openly outside China. Some Tongs are purely social groupings that focused on mutual aid and recreation for members. Others serve administrative and judicial functions in the community. Still others engage in criminal activities

2

also members of the Hop Sing gang (HSG)[2]. LEI is believed to have been involved in the murder of Allen Leung (killed February 27, 2006). LEI engaged in this activity in support of a criminal enterprise involving the San Francisco-based HST and CKT. LEI was involved in the murder of Allen Leung with the intention of taking Leung's position as Dragonhead, or leader, of both Tongs. Although Raymond "Shrimp Boy" Chow took the Dragonhead position instead, LEI's status in the Tongs improved once Chow took over, and his intent was to assume the Dragonhead. Until they had a falling out, LEI was below Chow in the hierarchy of the Tongs and their criminal enterprise. Following the 2014 arrest of Chow, reporting suggests LEI has remained very active and influential in the Tongs and remains involved in additional criminal activity, including drug trafficking.

### C. OTHER PRIMARY INDIVIDUALS INVOLVED

7. **Kwok Cheung Chow aka Raymond Chow aka Shrimp Boy (hereafter Chow)** was a long-time associate of LEI until they had a falling out. Chow is currently on trial for Conspiracy to Conduct the Affairs of an Enterprise Through a Pattern of Racketeering based on his conduct as the Dragonhead of the CKT, VICAR Conspiracy to Commit Murder in Aid of Racketing of Jim Tat Kong, and VICAR Murder in Aid of Racketeering of Allen Leung, among other charges. The indictments against Chow relative to these murders are based in part on the statements made by the same cooperators referenced in this complaint. Until his arrest in March 2014, Chow served as the Dragonhead of the CKT. Chow was sworn in to this position shortly after the murder of the previous Dragonhead, Allen Leung, in 2006. Chow's criminal history includes a guilty plea in federal court for racketeering, involving murder for hire, conspiracy to distribute heroin, arson, and conspiracy to collect extensions of credit. He also has state felony convictions for robbery using a firearm and assault with a firearm on a person. Chow served time in state prison for both charges. According to a plea agreement Chow signed when pleading guilty to federal racketeering charges in 2000, Chow was an admitted member of the Hop Sing Tong and one of the leaders of criminal activities engaged in by the members of the HST.

---

such as protection rackets, extortion, and strong-arm methods for controlling tolerated vices such as gambling and prostitution. Two such organizations are the CKT and HST.

2 The HSG is a gang associated with the criminal activities tied to the HST. Most HSG members are also members of the HST, but not all HST members are associated with the HSG.

3

8. **Kam Wong (hereafter Wong)** was a HST and HSG member. Wong was loyal to Chow, LEI, and the HST until he was convicted and sentenced on state charges for killing a rival gang member. Wong is currently serving a thirty year prison sentence for this killing. Wong felt Chow and LEI did not do enough to help Wong with his legal problems so he began providing information to a Sheriff's Deputy in prison and then to the FBI. Recently Wong has pled guilty to Conspiracy to Conduct the Affairs of an Enterprise through a Pattern of Racketeering Activity, including the murder of Yecan Lu (killed September 16, 2005), and his involvement in the murder of Allen Leung under a plea agreement. Wong is scheduled to testify against Chow regarding the Allen Leung murder. In addition to feeling betrayed by Chow and LEI, Wong has decided to enter into a plea agreement with a provision for providing full and complete information and to testify in hopes of receiving a less severe punishment for the murders he has plead guilty to under his plea agreement and also hopes he might receive a reduction in the sentence he is currently serving.

9. **Kongphet Chanthavong aka Joe (hereafter Chanthavong)** was a member of the CKT and HST. Chanthavong met Chow while they were incarcerated in federal prison in 2001, and served as Chow's driver and personal security after they were both released in the early 2000s. Chanthavong was inducted into the HST based on support from Chow. Chanthavong was also inducted in to the CKT at the same ceremony in which Chow became the new Dragonhead. Chanthavong's criminal history includes two state felony convictions for the possession and/or purchase of cocaine base for sale, firearms related charges, and conspiracy to export stolen vehicles. Chanthavong was a co-defendant with Chow in the referenced racketeering indictment, and has been in custody since his arrest in March 2014. Chanthavong has entered a guilty plea to racketeering and multiple underlying offenses associated with the Chow case, and has also plead guilty to his involvement in the Leung murder. Chanthavong entered into a plea agreement with a provision for full and complete information and testimony. Chanthavong has testified regarding his involvement in the racketeering enterprise and details of some of the underlying offenses as well as Chow's involvement in the Leung murder. Chanthavong stated he decided to cooperate with the government because he felt betrayed by Chow for bringing in an undercover agent in to their group, and Chow put his own greed before the well-being of

his "brothers". Chanthavong is also testifying in hopes of receiving a lesser sentence for the charges he has plead guilty to.

10. **Thau Benh Cam aka Kevin aka Ah To (hereafter Cam)** was the head of the HSG in Sacramento and a member of the CKT and HST. Cam was closely associated with Chow and LEI until he was incarcerated on drug trafficking charges. This was Cam's first felony conviction, and he is currently serving an 18 year sentence for his involvement in dealing ecstasy. Cam stated LEI became Cam's original supplier shortly after the two met through Chow. Although Cam was close with Chow and LEI, and dated Chow's niece for approximately eight years, Cam decided to cooperate with the government in hopes of receiving a lesser sentence for charges associated with his involvement the murder of Allen Leung, which he has pled guilty to. Cam also hopes to receive a reduction in the sentence he is currently serving.

11. **"Dai Sau"** (phonetic Chinese Cantonese), who is currently unidentified, is reported by multiple Hop Sing Tong members- including Chanthavong, Cam, and Wong- to be a high ranking member in the Tong who is loyal to Chow. Chow was intercepted on a 2008 FBI wiretap asking where Dai Sau was. Wong admitted to following both Dai Sau and LEI and confirmed Dai Sau and LEI were close associates.

12. **"Bong Zhi" (phonetic Chinese Cantonese), identified as Yuan Bang Wu** is reportedly a loanshark in Chicago and is an associate of Chow, according to Wong. Telephone records show Bong Zhi and Chow have historically been in contact with each other. Bong Zhi has been a subject of ongoing FBI Chicago investigations and has a history of involvement with narcotics trafficking, sports bookmaking, extortion, and gang formation.

D.  *STATUTES VIOLATED*

13. **Title 18, United States Code, Section 1959(a)(1)(5) provides:**

"Whoever, as a consideration for the receipt of, or as consideration for a promise or agreement to pay, anything of pecuniary value from an enterprise engaged in racketeering activity, or for the purpose of gaining entrance to or maintaining or increasing position in an enterprise engaged in racketeering activity, murders... or threatens to commit a crime of violence against any individual in violation of the laws of any State or the United States, or attempts or conspires to do so, shall be punished... for murder,

5

1  by death or life imprisonment, or a fine under this title, or both… for attempting or conspiring to commit
2  murder… by imprisonment for not more than ten years or a fine under this title, or both."

### III.  STATEMENT OF PROBABLE CAUSE

#### A. Murder of Allen Leung

14. In approximately December 2005, LEI met with Wong and asked if Wong would conduct a homicide. Wong believed LEI was asking because Wong had proven himself by killing Yecan Lu, at the Geneva Pub in September 2005. Without LEI providing any more details, Wong said he would do it. Approximately two to three weeks later, circa January 2006, Wong met with Lei again. During this meeting, LEI told Wong "the hit" he wanted Wong to conduct was of an "OG Hop Sing" member Chow wanted killed. LEI then said it would occur in Leung's store on Jackson Street in San Francisco's Chinatown. Because Wong worked nearby, he did not want to be consistently seen in an area where he committed a homicide. As a result, Wong declined LEI's request to carry out this murder.

15. In soliciting Wong, LEI was attempting to fulfill his duties of finding the shooter in the overall plan to murder Leung. According to Chanthavong, he was directed by Chow to work with LEI and Cam to kill Leung. In late 2005 or early 2006, Chanthavong drove Chow to a bar in Oakland. During the drive, Chow complained to Chanthavong that Leung would not loan Chow money from the Tong and Chow wanted to replace Leung with LEI in the Dragonhead position. When they arrived at the bar, Chanthavong noted LEI and Cam were also present. All four men- Chanthavong, Chow, Cam, and LEI- eventually met outside of the bar and Chow told the group he wanted them to "take care of" (murder) someone, which Chanthavong later learned was Leung. Chow specifically told Chanthavong and Cam they needed to coordinate with and support LEI in doing this. LEI told them he would be responsible for finding the shooter, and LEI wanted Chanthavong to steal a car for use in the hit. Chanthavong was also directed to assist Cam with surveillance beforehand. Chanthavong and Cam spent several weeks doing surveillance on Leung's business and reporting their findings to one another as to not duplicate efforts. However, Chanthavong said he got cold feet and told Cam he did not want to participate any further in the murder. After that meeting, Chanthavong never discussed or heard anything additional from LEI or Cam about the murder.

16. Chanthavong's statements are further supported by Cam. Cam was present for many

6

conversations with Chow and LEI when they expressed their displeasure with the way Leung was running the CKT, particularly the way Leung handled the Tong's money. During one of these discussions between Chow and LEI, Chow became very upset and told Cam to go fire some shots at the Tong in order to intimidate Leung. Cam burrowed a firearm from Chanthavong and during the early morning of March 12, 2005, Cam fired several shots into the Hop Sing Tong building. Approximately one month prior to the murder of Leung, Cam was instructed by Chow to work with LEI and have Leung killed. Cam asked Chow if he could get Chanthavong involved since Cam did not have any "boys" who lived in San Francisco. After the conversation with Chow, Cam coordinated with LEI on how to recruit additional people to help them, conducting surveillance, and planning the murder.

17. LEI provided Cam with the license plate of Leung's car, information on what parking garage Leung used, and information about Leung's business, including the fact that there was a video camera in the business. According to Clifton Leung, Leung's son, approximately three to four weeks prior to his father's murder, LEI visited Leung's office, where he was eventually killed. LEI saw the security monitors in the office, and asked Leung and Clifton Leung if a video recording system was hooked up to the cameras. They both informed LEI the security system did not record.

18. LEI offered to provide Cam $20,000 for Cam to use as payment to recruit others to assist with the murder. Cam noted he was willing to be involved because of his closeness to Chow and LEI, but he needed some incentive for others to be willing to take part. As the planning continued, Cam, LEI, Chanthavong, and several of Cam's associates conducted surveillance on Leung's business and the routes Leung took to move throughout San Francisco's Chinatown.

19. After Chanthavong had backed out, Cam and two of his associates met with LEI at a hotel in Oakland. LEI told them he was going to a banquet and Leung was going to be there as well. LEI told Cam the banquet could be a good opportunity to murder Leung. Cam's associates decided they did not want to be involved, but LEI told Cam he should still go to scope the place out. LEI said if Cam missed Leung coming out of the banquet, Cam may still be able to get him where Leung normally parked his car. Cam then went into San Francisco and parked around the corner from where the banquet was being held. LEI later called Cam and told Cam that Leung was departing the banquet. Cam understood he was being instructed by LEI to kill Leung. Cam hesitated but eventually pulled around the corner

looking for Leung, but could not find him. This failed attempt made Cam realize he did not want to be involved in this murder and backed out of any further attempts.

20. According to Wong, Bong Zhi arrived in Oakland from Chicago one to two days before Leung was killed. Wong initially met Bong Zhi at a gambling den where Wong, Dai Sau, Chow, and LEI all frequented. After Bong Zhi arrived at the gambling den, Wong was instructed by Dai Sau to take him to Chow's residence. Wong, Dai Sau, Bong Zhi, and another one of Dai Sau's followers, Nhang Chu, all went to Chow's residence in the Sunset District of San Francisco. Wong and Nhang Chu waited in Chow's living room while Chow, Dai Sau, and Bong Zhi met in a back room.

21. On the day of the murder- February 27, 2006 - Wong drove Dai Sau and Bong Zhi from Oakland to San Francisco. Wong eventually parked approximately a block away from Leung's business. Dai Sau and Bong Zhi exited Wong's vehicle and Wong saw both men go to the entrance of Leung's business. Approximately two minutes later, they both came out and rushed back to Wong's car. Once they were back in the car, Wong immediately left the area and headed towards Oakland. As they were crossing the Bay Bridge, Dai Sau took apart his and Bong Zhi's pistols and threw them out of the car and over the bridge.

21. A few days after the murder, Wong met with LEI, and LEI told Wong that Leung was killed because Leung had been preventing some of the youngsters in the Tong from getting promoted.

22. Approximately two weeks after the murder, Dai Sau began acting paranoid. Dai Sau was convinced the police were coming to arrest him and locked himself in a bathroom and would not come out. LEI arrived and began beating on the door. Dai Sau eventually allowed LEI in and they had a very long conversation in the bathroom. After the conversation with LEI, and per LEI's suggestion, Dai Sau fled to New York.

23. Cam attended Leung's funeral and brought a significant number of his followers with him at the request of Chow. Chow wanted Cam to bring all of his boys in part to show support, but really as a show of strength. This show of strength and support included Cam and his boys surrounding LEI during the funeral and reciting a poem along with LEI. The goal of this was to assist with Chow and LEI's desire to place LEI as the next Dragonhead.

24. Although Chow ended up taking the Dragonhead position instead of LEI, LEI's intent was to

8

1  be Dragonhead and his status in the Tongs improved once Chow took over. Until they had a falling out,
2  LEI was below Chow in the hierarchy of the Tongs and their criminal enterprise. Following the 2014
3  arrest of Chow, reporting suggests that LEI has remained very active and influential in the Tongs and
4  remained involved in additional criminal activity, including drug trafficking.

IV.  **CONCLUSION**

25. Based on the aforementioned facts, I believe there is probable cause LEI violated Title 18, United States Code, Section 1959.

26. Under penalty of perjury, I swear that the foregoing is true and correct to the best of my knowledge, information, and belief.

_____
Michael Joseph Ward
Special Agent
Federal Bureau of Investigation

SWORN BEFORE ME
ON ~~NOVEMBER 4~~ December 4, 2015.

_____
HON. SALLIE KIM
United States Magistrate Judge

Approved as to form:  _____
William Frentzen
Assistant United States Attorney