1  Mark R. Vermeulen  [CSBN 115381]
   Law Office of Mark R. Vermeulen
2  755 Florida Street #4
   San Francisco, CA 94110.2044
3  Phone: 415.824.7533
   Fax: 415.824.4833
4  vermeulen@mindspring.com

5  Attorney for Defendant
   WEN BING LEI

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11  UNITED STATES OF AMERICA,          No.  15-cr-71548-SK

12            Plaintiff,               STIPULATION AND [Proposed] ORDER TO
                                       CONTINUE HEARING AND TO EXCLUDE
13        v.                           TIME

14  WEN BING LEI,
                                       Date: February 17, 2016
15            Defendant.               Time:  9:30 a.m.
                                       Court: Hon. Maria-Elena James
16

17        This matter is set for a preliminary hearing or return of an indictment before this Court on

18  February 17, 2016.  The parties request that this matter be continued to March 30, 2016 at 9:30 a.m. for

19  further setting.  Pursuant to Fed. R. Crim. P. 5.1(d), the defendant consents to extending the time limits

20  set forth in Fed. R. Crim. P. 5.1(c) to exclude from the 14-day limit the time from the earlier hearing

21  (i.e., February 1, 2016) to the newly proposed hearing date (i.e., March 30, 2016) to accommodate this

22  request, and defense counsel is continuing to review discovery, to conduct investigation, and to

23  otherwise prepare the defense.  As a result, the parties request that the Court exclude time between

24  February 17, 2016 and March 30, 2016 for effective preparation of defense counsel, taking into account

25  the exercise of due diligence, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).  The extension is

26  not sought for delay, and the parties agree the ends of justice served by granting the continuance

27  / / /

28
                                        -1-

1  outweigh the best interests of the public and the defendant in a speedy trial.

2  Dated:  February 8, 2016                              Brian J. Stretch
                                                         Acting United States Attorney
3
                                                         /S/_____
4                                                        William Frentzen
                                                         Assistant United States Attorney
5

6  Dated:  February 8, 2016                              /S/_____
                                                         Mark R. Vermeulen
7                                                        Attorney for Defendant
                                                         WEN BING LEI
8

9                                    ORDER

10        IT IS HEREBY ORDERED that this matter is continued to March 30, 2016 at 9:30 a.m. for

11  further setting.

12        IT IS FURTHER ORDERED that pursuant to Fed. R. Crim. P. 5.1(d), the 14-day limit set forth

13  in Fed. R. Crim. P. 5.1(c) shall be extended, such that the 14-day limit shall run from March 30, 2016.

14        IT IS FURTHER ORDERED that time between February 17, 2016 and March 30, 2016 is

15  excluded pursuant to the Speedy Trial Act for effective preparation of defense counsel, taking into

16  account the exercise of due diligence, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).  Based

17  upon the parties' stipulation, the Court finds that the extension is not sought for delay, and the ends of

18  justice served by granting the continuance outweigh the best interests of the public and the defendant in

19  a speedy trial.

20        IT IS SO ORDERED.

21
   Dated:  February __9__, 2016                          _____
22                                                        MARIA-ELENA JAMES
                                                         United States Magistrate Judge
23

24

25

26

27

28

STIPULATION AND [Proposed] ORDER
CONTINUING HEARING AND EXCLUDING TIME