Mark R. Vermeulen  [CSBN 115381]
Law Office of Mark R. Vermeulen
755 Florida Street #4
San Francisco, CA 94110.2044
Phone: 415.824.7533
Fax: 415.824.4833
vermeulen@mindspring.com

Attorney for Defendant
WEN BING LEI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>WEN BING LEI,<br><br>             Defendant. | No.  15-cr-71548-SK<br><br>**STIPULATION AND [~~Proposed~~] ORDER TO CONTINUE HEARING AND TO EXCLUDE TIME**<br><br>Date: March 30, 2016<br>Time:  9:30 a.m.<br>Court: Hon. Joseph C. Spero |

   This matter is set for a preliminary hearing or return of an indictment before this Court on March 30, 2016.  The parties request that this matter be continued to May 5, 2016 at 9:30 a.m. for further setting.  Pursuant to Fed. R. Crim. P. 5.1(d), the defendant consents to extending the time limits set forth in Fed. R. Crim. P. 5.1(c) to exclude from the 14-day limit the time from March 30, 2016 to the newly proposed hearing date (i.e., May 5, 2016) to accommodate this request, and defense counsel is continuing to review discovery, to conduct investigation, and to otherwise prepare the defense.  As a result, the parties request that the Court exclude time between March 30, 2016 and May 5, 2016 for effective preparation of defense counsel, taking into account the exercise of due diligence, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).  The extension is not sought for delay, and the parties agree

/ / /

/ / /

-1-

STIPULATION AND [Proposed] ORDER
CONTINUING HEARING AND EXCLUDING TIME

1  that the ends of justice served by granting the continuance outweigh the best interests of the public and
2  the defendant in a speedy trial.

3  Dated: March 15, 2016                                    Brian J. Stretch
                                                            Acting United States Attorney

                                                            /S/
5                                                           William Frentzen
                                                            Assistant United States Attorney

7  Dated: March 15, 2016                                    /S/
                                                            Mark R. Vermeulen
8                                                           Attorney for Defendant
                                                            WEN BING LEI

10                                              ORDER

11      IT IS HEREBY ORDERED that this matter is continued to May 5, 2016 at 9:30 a.m. for further
12  setting.

13      IT IS FURTHER ORDERED that pursuant to Fed. R. Crim. P. 5.1(d), the 14-day limit set forth
14  in Fed. R. Crim. P. 5.1(c) shall be extended, such that the 14-day limit shall run from May 5, 2016.

15      IT IS FURTHER ORDERED that time between March 30, 2016 and May 5, 2016 is excluded
16  pursuant to the Speedy Trial Act for effective preparation of defense counsel, taking into account the
17  exercise of due diligence, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).  Based upon the
18  parties' stipulation, the Court finds that the extension is not sought for delay, and the ends of justice
19  served by granting the continuance outweigh the best interests of the public and the defendant in a
20  speedy trial.

21      IT IS SO ORDERED.

22
    Dated: March 18, 2016
23                                                          _____
                                                            JOSEPH C. SPERO
24                                                          United States Magistrate Judge

-2-

STIPULATION AND [Proposed] ORDER
CONTINUING HEARING AND EXCLUDING TIME