Mark R. Vermeulen [CSBN 115381]
Law Office of Mark R. Vermeulen
755 Florida Street #4
San Francisco, CA 94110.2044
Phone: 415.824.7533
Fax: 415.824.4833
vermeulen@mindspring.com

Attorney for Defendant
WEN BING LEI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>WEN BING LEI,<br>Defendant. | No. 15-cr-71548-SK<br><br>**STIPULATION AND ~~[Proposed]~~ ORDER TO CONTINUE HEARING AND TO EXCLUDE TIME**<br><br>Date: October 25, 2016<br>Time: 9:30 a.m. |

This matter is set for a preliminary hearing or return of an indictment before this Court on October 25, 2016. The parties request that this matter be continued to December 8, 2016 at 9:30 a.m. for further setting. Pursuant to Fed. R. Crim. P. 5.1(d), the defendant consents to extending the time limits set forth in Fed. R. Crim. P. 5.1(c) to exclude from the 14-day limit the time from October 25, 2016 to the newly proposed hearing date to accommodate this request, and defense counsel is continuing to review voluminous discovery, to conduct investigation, and to otherwise prepare the defense. As a result, the parties request that the Court exclude time between October 25, 2016 and December 8, 2016 for effective preparation of defense counsel, taking into account the exercise of due diligence, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv). The extension is not sought for delay, and the parties agree that the ends of justice served by granting the continuance outweigh the best interests of

/ / /

/ / /

the public and the defendant in a speedy trial.

Dated: October 24, 2016

Brian J. Stretch
United States Attorney

/S/
William Frentzen
Assistant United States Attorney

Dated: October 24, 2016

/S/
Mark R. Vermeulen
Attorney for Defendant
WEN BING LEI

ORDER

IT IS HEREBY ORDERED that this matter is continued to December 8, 2016 at 9:30 a.m. for further setting.

IT IS FURTHER ORDERED that pursuant to Fed. R. Crim. P. 5.1(d), the 14-day limit set forth in Fed. R. Crim. P. 5.1(c) shall be extended, such that the 14-day limit shall run from December 8, 2016.

IT IS FURTHER ORDERED that time between October 25, 2016 and December 8, 2016 is excluded pursuant to the Speedy Trial Act for effective preparation of defense counsel, taking into account the exercise of due diligence, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv). Based upon the parties' stipulation, the Court finds that the extension is not sought for delay, and the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: October 24, 2016

Elizabeth D. Laporte
United States Magistrate Judge