1  Mark R. Vermeulen  [CSBN 115381]
   Law Office of Mark R. Vermeulen
2  755 Florida Street #4
   San Francisco, CA 94110.2044
3  Phone: 415.824.7533
   Fax: 415.824.4833
4  vermeulen@mindspring.com

5  Attorney for Defendant
   WEN BING LEI

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | No. 15-cr-71548-SK |
|---|---|
| Plaintiff, | **STIPULATION AND [Proposed] ORDER TO CONTINUE HEARING AND TO EXCLUDE TIME** |
| v. | |
| WEN BING LEI, | |
| Defendant. | Date: December 8, 2016<br>Time: 9:30 a.m. |

This matter is set for a preliminary hearing or return of an indictment before this Court on December 8, 2016.  The parties request that this matter be continued to December 14, 2016 at 9:30 a.m. for further setting, as defense counsel has a scheduling conflict on December 8.  Pursuant to Fed. R. Crim. P. 5.1(d), the defendant consents to extending the time limits set forth in Fed. R. Crim. P. 5.1(c) to exclude from the 14-day limit the time from December 8, 2016 to the newly proposed hearing date to accommodate this request, and defense counsel is continuing to review voluminous discovery, to conduct investigation, and to otherwise prepare the defense.  As a result, the parties request that the Court exclude time between December 8, 2016 and December 14, 2016 for effective preparation of defense counsel, taking into account the exercise of due diligence, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).  The extension is not sought for delay, and the parties agree that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in

/ / /

-1-

STIPULATION AND [Proposed] ORDER
CONTINUING HEARING AND EXCLUDING TIME

1 | a speedy trial.

2 | Dated: November 15, 2016                        Brian J. Stretch
                                                   United States Attorney

4 |                                                /S/
                                                   William Frentzen
                                                   Assistant United States Attorney

6 | Dated: November 15, 2016                       /S/
                                                   Mark R. Vermeulen
7 |                                                Attorney for Defendant
                                                   WEN BING LEI

9 |                                    ORDER

10 |     IT IS HEREBY ORDERED that this matter is continued to December 14, 2016 at 9:30 a.m. for
11 | further setting.
12 |     IT IS FURTHER ORDERED that pursuant to Fed. R. Crim. P. 5.1(d), the 14-day limit set forth
13 | in Fed. R. Crim. P. 5.1(c) shall be extended, such that the 14-day limit shall run from December 14,
14 | 2016.
15 |     IT IS FURTHER ORDERED that time between December 8, 2016 and December 14, 2016 is
16 | excluded pursuant to the Speedy Trial Act for effective preparation of defense counsel, taking into
17 | account the exercise of due diligence, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).  Based
18 | upon the parties' stipulation, the Court finds that the extension is not sought for delay, and the ends of
19 | justice served by granting the continuance outweigh the best interests of the public and the defendant in
20 | a speedy trial.
21 |     IT IS SO ORDERED.

23 | Dated: November 16, 2016

                                    GRANTED
                                    Jacqueline Scott Corley
                                    Judge Jacqueline Scott Corley

                                    -2-

STIPULATION AND [~~Proposed~~] ORDER
CONTINUING HEARING AND EXCLUDING TIME