Mark R. Vermeulen  [CSBN 115381]
Law Office of Mark R. Vermeulen
755 Florida Street #4
San Francisco, CA 94110.2044
Phone: 415.824.7533
Fax: 415.824.4833
vermeulen@mindspring.com

Attorney for Defendant
WEN BING LEI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | No. 15-cr-71548-SK |
|---|---|
| Plaintiff, | **STIPULATION AND [Proposed] ORDER TO CONTINUE HEARING AND TO EXCLUDE TIME** |
| v. | |
| WEN BING LEI, | |
| Defendant. | Date: January 3, 2017<br>Time: 9:30 a.m. |

This matter is set for before this Court on January 3, 2017 for a preliminary hearing or indictment.  The parties request that this matter be continued January 31, 2017 at 9:30 a.m. to allow the parties additional time to discuss whether they can reach a pre-indictment resolution of the case.  The parties request that the Court exclude time between January 3, 2017 and January 31, 2017 for effective preparation of defense counsel, taking into account the exercise of due diligence, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).  The extension is not sought for delay, and the parties agree that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

Dated:  December 19, 2016

Brian J. Stretch
United States Attorney

/S/
William Frentzen
Assistant United States Attorney

STIPULATION AND [Proposed] ORDER
CONTINUING HEARING AND EXCLUDING TIME

-1-

Dated:  December 19, 2016                    /S/ _____
                                             Mark R. Vermeulen
                                             Attorney for Defendant
                                             WEN BING LEI

## ORDER

IT IS HEREBY ORDERED that this matter is continued to January 31, 2017 at 9:30 a.m. for preliminary hearing or indictment.

IT IS FURTHER ORDERED that time between January 3, 2017 and January 31, 2017 is excluded pursuant to the Speedy Trial Act for effective preparation of defense counsel, taking into account the exercise of due diligence, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).  Based upon the parties' stipulation, the Court finds that the extension is not sought for delay, and the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: December 19 2016                      _____
                                             Maria-Elena James
                                             United States Magistrate Judge